Addie M. Howell and Margaret C. C. Tessier, as Executrices, etc., of Wilhelmina H. Man, Deceased, Respondents, v. Elizabeth K. Murphy, Appellant.— Judgment, so far as appealed from, and the order denying defendant's motion for a new trial as to the third cause of action, unanimously affirmed, with costs. (Civ. Prac. Act, § 106.) No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Hauer Construction Co., Inc., Respondent, v. Jack Ritter and Others, Defendants, Impleaded with Lillian Kessler, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Jacob Frankel, a Stockholder, to Set Aside and Annul the Election of Directors and Officers of the 447 Central Park West Corporation, Appellant, against 447 Central Park West Corporation and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [176 Misc. 701.]

In the Matter of Irmor Corporation, Appellant, against Henry E. Bruckman, Chairman, and Others, Individually and as Members of the State Liquor Authority, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant the motion.

Beatrice Schwartz, Respondent, v. Benjamin Schwartz, Appellant.— Order unanimously reversed and motion granted, without prejudice to an action on the separation agreement. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Errol Flynn, Appellant, v. Harcourt Brace and Company, Inc., and Another, Defendants, Impleaded with Constancia de la Mora, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Emanuel M. Katz, Inc., Appellant, v. Richmond Radiator Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Frances McKee, Judgment Creditor, Respondent, v. Samuel McKee, Jr., Judgment Debtor, Appellant.— Order unanimously modified by striking from the order appealed from the fourth or next to last decretal paragraph and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.